IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representatives of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>MEDCO HEALTH SOLUTIONS, INC., EXPRESS SCRIPTS HOLDING CO. and JOHN DOES 1-10,<br><br>    Defendants. | Civil Action No.: 3:14-cv-00583<br><br>**CLASS ACTION**<br><br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST EXPRESS SCRIPTS HOLDING COMPANY WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sandusky Wellness Center, LLC and Defendants Medco Health Solutions, Inc. and Express Scripts Holding Company hereby stipulate to the dismissal of all claims against Express Scripts Holding Company without prejudice.   The claims against Medco Health Solutions, Inc. are not affected by this dismissal.

    Respectfully submitted,


    SANDUSKY WELLNESS CENTER, LLC,
    individually and as the representative of a class of
    similarly-situated persons,

    */s/ Matthew E. Stubbs*
    GEORGE D. JONSON (0027124)
    MATTHEW E. STUBBS (0066722)
    MONTGOMERY, RENNIE & JONSON
    36 E. Seventh Street, Suite 2100
    Cincinnati, Ohio  45202
    (513) 241-4722
    (513) 241-8775 (fax)
    Email:  gjonson@mrjlaw.com
           mstubbs@mrjlaw.com

        And:

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
bwanca@andersonwanca.com
rkelly@andersonwanca.com


MEDCO HEALTH SOLUTIONS, INC.,
EXPRESS SCRIPTS HOLDING CO.,


*/s/ Matthew D. Knepper*
Christopher A. Smith
Matthew D. Knepper
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500
chris.smith@huschblackwell.com
matt.knepper@huschblackwell.com

And

Thomas J. Antonini
Robert C. Tucker
ROBISON, CURPHEY & O'CONNELLl
Ninth Floor, Four Seagate
Toledo, Ohio 43604
(419) 249-7900
(419) 249-7911 – facsimile
tantonini@rcolaw.com
rtucker@rcolaw.com

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                                 */s/ Matthew E. Stubbs*  
                                                 Matthew E. Stubbs