# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO WESTERN DIVISION

| | |
|---|---|
| Sandusky Wellness Center, LLC, | Case No 3:14-cv-00583 |
| Plaintiff, | |
| v. | JUDGMENT ENTRY |
| Medco Health Solutions, Inc., | |
| Defendant. | |

For the reasons stated in the Order filed December 2, 2014, it is hereby:

**ORDERED THAT** defendants' motion for summary judgment (Doc. 20) be, and the same hereby is, granted.

So Ordered.

/s/ James G. Carr
Sr. United States District Judge