IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| SANDUSKY WELLNESS CENTER, LLC, an Ohio limited liability company, individually and as the representatives of a class of similarly-situated persons, | Case No.: 3:14-cv-00583 |
| | Judge James G. Carr |
| Plaintiff, | |
| | **NOTICE OF APPEAL** |
| v. | |
| MEDCO HEALTH SOLUTIONS, INC., EXPRESS SCRIPTS HOLDING CO. and JOHN DOES 1-10, | |
| Defendants. | |

Notice is hereby given that Sandusky Wellness Center, LLC, the Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order (Doc. No. 29) and the Judgment Entry (Doc. No. 30), which collectively granted the Defendants' Motion for Summary Judgment (Doc. No. 20). The Order and Judgment Entry were entered in this action on the 2nd day of December 2014. Additionally, Sandusky Wellness Center appeals from the Case Management Order (Doc. No. 26), which effectively denied Plaintiff's 56(d) Request to Conduct Discovery in Response to Defendant Medco Health Solution's Motion for Summary Judgment (Doc. No. 24). The Case Management Order was entered in this action on July 17, 2014.

Respectfully submitted,

SANDUSKY WELLNESS ENTER, LLC, an Ohio limited liability company, individually and as the representative of a class of similarly-situated persons

*/s/ Matthew E. Stubbs*
GEORGE D. JONSON (0027124)
MATTHEW E. STUBBS (0066722)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio  45202
(513) 241-4722/(513) 241-8775 (fax)
Email:  gjonson@mrjlaw.com
mstubbs@mrjlaw.com

And:

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
Telephone:  847-368-1500/Fax:  847-368-1501
Email:  bwanca@andersonwanca.com
rkelly@andersonwanca.com

*Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/Matthew E. Stubbs*